**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ASHINC CORPORATION, *et al.*[1],<br><br>    Debtors. | Chapter 11<br><br>Bankruptcy Case No. 12-11564 (CSS)<br><br>(Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS<br><br>    Plaintiff,<br><br>BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P.,<br><br>    Intervenors,<br><br>    v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>    Defendants. | Adv. Proc. No. 13-50530 (CSS) |

---

[1] The Debtors in these cases, along with the federal tax identification number (or Canadian business number where applicable) for each of the Debtors, are: ASHINC Corporation (f/k/a Allied Systems Holdings, Inc.) (58- 0360550); AAINC Corporation (f/k/a Allied Automotive Group, Inc.) (58-2201081); AFBLLC LLC (f/k/a Allied Freight Broker LLC) (59-2876864); ASCCO (Canada) Company (f/k/a Allied Systems (Canada) Company) (90- 0169283); ASLTD L.P. (f/k/a Allied Systems, Ltd. (L.P.) (58-1710028); AXALLC LLC (f/k/a Axis Areta, LLC) (45 5215545); AXCCO Canada Company (f/k/a Axis Canada Company) (875688228); AXGINC Corporation (f/k/a Axis Group, Inc.) (58-2204628); Commercial Carriers, Inc. (38-0436930); CTSINC Corporation (f/k/a CT Services, Inc.) (38 2918187); CTLLC LLC (f/k/a Cordin Transport LLC) (38-1985795); F.J. Boutell Driveway LLC (38-0365100); GACS Incorporated (58-1944786); Logistic Systems, LLC (45-4241751); Logistic Technology, LLC (45-4242057); QAT, Inc. (59-2876863); RMX LLC (31-0961359); Transport Support LLC (38-2349563); and Terminal Services LLC (91-0847582).

CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,

              Plaintiff,

              v.

YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,

              Defendants.

Adv. Proc. No. 14-50971 (CSS)

[Related to Adv. Proc. No. 14-50971(CSS) Dkt. Nos.:  563, 564, 566, 574 and 579]

## NOTICE OF COMPLETION OF BRIEFING IN BANKRUPTCY COURT AND REQUEST FOR TRANSMITTAL TO THE DISTRICT COURT FOR THE DISTRICT OF DELAWARE

PLEASE TAKE NOTICE that briefing concerning the *Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Objection to the Bankruptcy Court's May 4, 2021 Summary Judgment Opinion and Order [Federal Rule of Bankruptcy Procedure 9033]* [Adv. Dkt. No. 566] ("Objection"), filed by Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Defendants") on May 18, 2021, is now complete and ready for consideration by the United States District Court for the District of Delaware (the "District Court").[2]  Pleadings relevant to the Objection are as follows:

---

[2] Defendants intend to move the District Court to submit additional briefing in relation to the Objection.

| Adv. Pro. No. 14-50971 Docket No. | Date Filed | Document |
|---|---|---|
| 563 | 05/04/21 | Opinion |
| 564 | 05/04/21 | Order |
| 566 | 05/18/21 | Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Objection to the Bankruptcy Court's May 4, 2021 Summary Judgment Opinion and Order [Federal Rule of Bankruptcy Procedure 9033] |
| 574 | 06/22/21 | Litigation Trustee's Memorandum in Response to: (1) Yucaipa's Objections to Summary Judgment Opinion and Order, Entry of Judgment, and Proposed Form of Judgment, and (2) Questions from the Court filed by Catherine E. Youngman |
| 576 | 06/22/21 | Defendants Yucaipa American Alliance Fund I L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Reply in Further Support of Its Objections to the Entry of Judgment |
| 579 | 06/23/21 | Judgment |

PLEASE TAKE FURTHER NOTICE that the subject of the requested transmittal to the District Court is that portion of the Order contained in the first Paragraph 2 thereof granting summary judgment in favor of the Plaintiff and against Defendants in Adversary Proceeding No. 14-50971 on the non-core "Lender Claim 2 (Breach of Contract)." In relation thereto, and pursuant to Federal Rule of Bankruptcy Procedure 9033(b), in addition to the transmission of the above referenced Opinion (containing the Court's Findings of Fact and Conclusions of Law), Order, Objection, Response and Judgment, Defendants' request that the Clerk prepare and transmit to the District Court a transcription of the following record, consisting of the relevant filings in Adversary Proceeding No. 14-50971:

| Adv. Pro. No. 14-50971 Docket No. | Date Filed | Document |
|---|---|---|
| 1 | 11/19/14 | Complaint for (I) Equitable Subordination, (II) Breach of Contract, (III) Breach of the Implied Duty of Good Faith and Fair Dealing, and (IV) Tortious Interference with Contract (REDACTED) by BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Spectrum Investment Partners, L.P., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, Spectrum Commercial Finance LLC, as Co-Administrative Agent against Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, Joseph Tomczak |
| 19 | 02/19/15 | Answer to Complaint, Counterclaim by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P. against BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, Spectrum Commercial Finance LLC, as Co-Administrative Agent, Spectrum Investment Partners, L.P. Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P. |
| 33 | 03/12/15 | [SEALED] Answer to Complaint Counterclaim by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P. against BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, Spectrum Commercial Finance LLC, as Co-Administrative Agent, Spectrum Investment Partners, L.P. Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P. |
| 41 | 03/18/15 | Motion to Dismiss Count Motion to Dismiss Yucaipa's Counterclaim for Equitable Subordination Filed by BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., as Co- |

| Adv. Pro. No. 14-50971 Docket No. | Date Filed | Document |
|---|---|---|
| | | Administrative Agent, Spectrum Commercial Finance LLC, as Co-Administrative Agent, Spectrum Investment Partners, L.P. |
| 56 | 04/07/15 | Opposition to Black Diamond and Spectrum's Motion to Dismiss Yucaipa's Counterclaim for Equitable Subordination by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P. |
| 65 | 05/01/15 | Reply Brief in Further Support of Motion to Dismiss Yucaipa's Counterclaim for Equitable Subordination Filed by BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, Spectrum Commercial Finance LLC, as Co-Administrative Agent, Spectrum Investment Partners, L.P. |
| 70 | 05/18/15 | Agreed Order |
| 82 | 08/21/15 | Opinion |
| 83 | 08/21/15 | Order Granting Plaintiff's Motion to Dismiss Yucaipa's Counterclaim for Equitable Subordination |
| 89 | 09/04/15 | Notice of Interlocutory Appeal. (15-MC-232). Appellants-Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Notice of Appeal. |
| 90 | 09/04/15 | Motion for Leave. (15-MC-232). Appellants-Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Leave to Appeal |
| 91 | 09/04/15 | Brief. (15-MC-232). Appellants-Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Memorandum of Law in Support of their Motion for Leave to Appeal |
| 92 | 09/04/15 | Declaration of Kahn Scolnick in Support of Appellants-Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Leave to Appeal |
| 96 | 09/08/15 | Transmittal of Motion for Leave to Appeal. (15-MC-232). (including a courtesy copy of Notice of Interlocutory Appeal). |
| 98 | 11/16/15 | Order (COPY OF ORDER FROM DISTRICT COURT) Denying Motion to Withdraw the Reference and Motion for Interlocutory Appeal. |
| 119 | 07/22/16 | Motion to Compel - The Yucaipa Defendants' Motion to Compel the Production of Documents and Responses to Discovery Requests Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa |

| Adv. Pro. No. 14-50971 Docket No. | Date Filed | Document |
|---|---|---|
| | | American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P.. |
| 136 | 08/12/16 | Memorandum of Law in Opposition to The Yucaipa Defendants' Motion to Compel and in Support of Their Cross-Motion to Strike Certain Affirmative Defenses Filed by BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, Spectrum Commercial Finance LLC, as Co-Administrative Agent, Spectrum Investment Partners, L.P. |
| 142 | 08/22/16 | [SEALED]Reply Brief in Support of the Yucaipa Defendants' Motion to Compel the Production of Documents and Responses to Discovery Requests Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P.. |
| 144 | 08/22/16 | [SEALED] Declaration of Kahn Scolnick In Support of Yucaipa Defendants' Motion to Compel the Production of Documents and Reponses to Discovery Requests from Black Diamond and Spectrum Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P.. |
| 150 | 08/29/16 | [SEALED] Memorandum of Law /The Yucaipa Defendants' Opposition to Black Diamond & Spectrum's Cross-Motion to Strike Affirmative Defenses Filed by Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P.. |
| 152 | 08/29/16 | [SEALED] Declaration of Kahn Scolnick in Support of The Yucaipa Defendants' Opposition to Black Diamond & Spectrum's Cross-Motion to Strike Affirmative Defenses Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 158 | 09/08/16 | Reply Black Diamond and Spectrum's Memorandum of Law in Support of Their Cross-Motion to Strike Certain Affirmative Defenses Filed by BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Spectrum Investment Partners, L.P. |
| 190 | 01/09/17 | Hearing Held/Court Sign-In Sheet |
| 192 | 01/11/17 | Transcript regarding Hearing Held 1/9/2017 RE: Oral Argument. |
| 194 | 01/18/17 | Order DENYING the Motion to Compel the Production of Documents and Responses to Discovery Requests and GRANTING the Motion to Strike Certain Affirmative Defenses |
| 196 | 02/01/17 | Notice of Interlocutory Appeal. Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak's Notice of Appeal. Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, |

| Adv. Pro. No. 14-50971 Docket No. | Date Filed | Document |
|---|---|---|
| | | Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 197 | 02/01/17 | Motion for Leave - Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak's Motion for Leave to Appeal Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 198 | 02/01/17 | Brief - Appellants-Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak's Memorandum of Law in Support of Motion for Leave to Appeal Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P.. |
| 202 | 02/15/17 | Memorandum of Law // Appellees-Plaintiffs Black Diamond and Spectrum's Memorandum of Law in Opposition to Yucaipa's Motion for Leave to Appeal Filed by BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, Spectrum Commercial Finance LLC, as Co-Administrative Agent, Spectrum Investment Partners, L.P. |
| 211 | 06/27/17 | (COPY OF ORDER FROM DISTRICT COURT) Memorandum Order. (17-40) |
| 452 | 05/01/20 | Letter to The Honorable Karen B. Owens Regarding Yucaipa Defendants Motions for Summary Judgment Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 453 | 05/01/20 | Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. |
| 454 | 05/01/20 | [SEALED] Brief - Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P |
| 455 | 05/01/20 | Motion For Summary Judgment by Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner |
| 456 | 05/01/20 | [SEALED] Brief - Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and |

| Adv. Pro. No. 14-50971 Docket No. | Date Filed | Document |
|---|---|---|
| | | Ira Tochner Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker. |
| 457 | 05/01/20 | [SEALED] Declaration of Kahn Scolnick in Support of Motion For Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 458 | 05/01/20 | [SEALED] Declaration of Derex Walker in Support of Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 459 | 05/01/20 | [SEALED] Declaration of Ira Tochner in Support of Motion for Summary Judgment Filed by Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 460 | 05/01/20 | [SEALED] Declaration of Jeff Pelletier in Support of Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 461 | 05/01/20 | [SEALED] Declaration of Jos Opdeweegh in Support of Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 462 | 05/01/20 | Litigation Trustee's Motion for Partial Summary Judgment |
| 463 | 05/01/20 | [SEALED] Memorandum of Law Litigation Trustee's Memorandum in Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 464 | 05/01/20 | [SEALED] Declaration in Support of Motion for Partial Summary Judgment of Gila S. Singer Filed by Catherine E. Youngman. |
| 479 | 05/08/20 | [SEALED] Declaration of Ronald Burkle in Support of Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 506 | 08/21/20 | [SEALED] Brief - Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P.  Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |

| Adv. Pro. No. 14-50971 Docket No. | Date Filed | Document |
|---|---|---|
| 508 | 08/21/20 | [SEALED] Brief - Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Derex Walker. |
| 510 | 08/21/20 | [SEALED] Brief - Opposition to the Litigation Trustee's Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Ira Tochner, Derex Walker, Jos Opdeweegh, and Jeff Pelletier Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 511 | 08/21/20 | [SEALED] Declaration of Kahn Scolnick in Support of Yucaipa Defendants' Opposition to the Litigation Trustee's Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 512 | 08/21/20 | [SEALED] Objection /Litigation Trustee's Opposition To The Motion For Summary Judgment By Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, And Ira Tochner Filed by Catherine E. Youngman |
| 514 | 08/21/20 | [SEALED] Objection /Litigation Trustee's Opposition To The Motion For Summary Judgment By Defendants Yucaipa American Alliance Fund I, L.P., And Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Catherine E. Youngman |
| 516 | 08/21/20 | Declaration in Support /Declaration Of Gila S. Singer In Support Of Litigation Trustee's Oppositions To The Motion For Summary Judgment By Defendants Yucaipa American Alliance Fund I, L.P., And Yucaipa American Alliance (Parallel) Fund I, L.P., And The Motion For Summary Judgment By Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, And Ira Tochner |
| 535 | 12/18/20 | [SEALED]Memorandum of Law Litigation Trustees Reply Memorandum in Further Support of Motion for Summary Judgment Filed by Catherine E. Youngman |
| 537 | 12/18/20 | [SEALED] Declaration of Gila S. Singer in Support of Litigation Trustees Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 539 | 12/18/20 | [SEALED] Declaration of Richard A. Ehrlich in Support of Litigation Trustees Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 541 | 12/18/20 | [SEALED] Declaration of Adam C. Harris in Support of Litigation Trustees Reply Memorandum in Further Support |

| Adv. Pro. No. 14-50971 Docket No. | Date Filed | Document |
|---|---|---|
| | | of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 543 | 12/18/20 | Declaration of Jeffrey A. Schaffer in Support of Litigation Trustee's Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 544 | 12/18/20 | [SEALED] Reply in Support of Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 545 | 12/18/20 | [SEALED] Declaration of Maurice M. Suh in Further Support of Yucaipa Defendants' Motion for Summary Judgment Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 556 | 02/08/21 | Letter to Chief Judge Sontchi regarding letter briefs addressing Maxus case Filed by Catherine E. Youngman |
| 558 | 02/19/21 | Letter to the Honorable Christopher S. Sontchi from Kahn Scolnick Regarding Applicability of In re Maxus Energy Corp. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 559 | 02/19/21 | Letter to Chief Judge Christopher S. Sontchi Filed by Catherine E. Youngman |
| 560 | 02/23/21 | Letter to the Honorable Christopher S. Sontchi Regarding Response to Litigation Trustee's Letter on Applicability of In re Maxus Energy Corp. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |

Dated:  July 8, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Fax: (302) 652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        pkeane@pszjlaw.com

-and-

GLASER WEIL FINK HOWARD AVCHEN &
SHAPIRO LLP
Patricia L. Glaser (*admitted pro hac vice*)
Gali Grant (*admitted pro hac vice*)
Matthew P. Bernstein (*admitted pro hac vice*)
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Fax: (310) 556-2920
Email: pglaser@glaserweil.com
        ggrant@glaserweil.com
        mbernstein@glaserweil.com

Counsel for Yucaipa