TRANSMITTAL SHEET TO U.S. DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

TRANSMITTAL OF OBJECTION TO PROPOSED FINDINGS OF FACT AND
CONCLUSIONS OF LAW PURSUANT TO F.R.B.P. 9033(a)

Bankruptcy Case No.: 12-11564              Adversary Case No. (if applicable): 14-50971

Cause of Transmittal: Objection to Bankruptcy Court's Opinion & Order of 5/4/2021 Summary Judgment Opinion & Order (FRBP 9033)

Docket No. of Proposed Findings of Fact: 563 & 564

Docket No. of Objection to Proposed Findings of Fact: 566

Docket No. and Title of any additional documents relating to transmittal:

Docket No: 574 Response, 576 Reply, 579 Judgment, 600 Notice/Completion of Briefing

Name of Movant: Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.

Name of Movant's Counsel (if represented):
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624) Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801) Telephone: (302) 652-4100
Fax: (302) 652-4400
Email: ljones@pszjlaw.com

Deputy Clerk Transmitting: Bonnie Anemone

Notes: