# APPENDIX A

## Pleadings/Orders re: Interlocutory Order Dismissing Counterclaim

| ADV. PRO. NO. 14-50971 DOCKET NO. | DATE FILED | DOCUMENT |
|---|---|---|
| 33 | 03/12/15 | [SEALED] Answer to Complaint Counterclaim by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P. against BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance , L.L.C., as Co-Administrative Agent, Spectrum Commercial Finance LLC, as Co-Administrative Agent, Spectrum Investment Partners, LP. Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P. |
| 41 | 03/18/15 | Motion to Dismiss Count Motion to Dismiss Yucaipa's Counterclaim for Equitable Subordination Filed by BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, Spectrum Commercial Finance LLC, as Co-Administrative Agent, Spectrum Investment Partner, L.P. |
| 56 | 04/07/15 | Opposition to Black Diamond and Spectrum's Motion to Dismiss Yucaipa's Counterclaim for Equitable Subordination by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P. , Yucaipa American Alliance Fund II, L.P. |
| 65 | 05/01/15 | Reply Brief in Further Support of Motion to Dismiss Yucaipa's Counterclaim for Equitable Subordination Filed by BDCM Opportunity Fund, II, LP, Black |

| | | Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, Spectrum Commercial Finance LLC, as Co-Administrative Agent, Spectrum Investment Partners, L.P. |
|---|---|---|
| 82 | 08/21/15 | Opinion |
| 83 | 08/21/15 | Order Granting Plaintiffs Motion to Dismiss Yucaipa's Counterclaim for Equitable Subordination |
| 89 | 09/04/15 | Notice of Interlocutory Appeal. (15-MC-232). Appellants-Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Notice of Appeal. |
| 90 | 09/04/15 | Motion for Leave. (15-MC-232). Appellants-Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Leave to Appeal. |
| 91 | 09/04/15 | Brief. (15-MC-232). Appellants-Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Leave to Appeal. |
| 92 | 09/04/15 | Declaration of Kahn Scolnick in Support of Appellants-Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Leave to Appeal. |
| 96 | 09/08/15 | Transmittal of Motion for Leave to Appeal. (15-MC-232). (including a courtesy copy of Notice of Interlocutory Appeal). |
| 98 | 11/16/15 | Order (COPY OF ORDER FROM DISTRICT COURT). Denying Motion to Withdraw the Reference and Motion for Interlocutory Appeal. |

DOCS_LA:339861.1 96991/001

# APPENDIX B

## Pleadings/Orders re: Interlocutory Order Striking Affirmative Defenses

| ADV. PRO. NO. 14-50971 DOCKET NO. | DATE FILED | DOCUMENT |
|---|---|---|
| 119 | 07/22/16 | Motion to Compel - The Yucaipa Defendants' Motion to Compel the Production of Documents and Responses to Discovery Requests Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 136 | 08/12/16 | Memorandum of Law in Opposition to The Yucaipa Defendants' Motion to Compel and in Support of Their Cross-Motion to Strike Certain Affirmative Defenses Filed by BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, Spectrum Commercial Finance LLC, as Co-Administrative Agent, Spectrum Investment Partners, L.P. |
| 142 | 08/22/16 | [SEALED] Reply Brief in Support of the Yucaipa Defendants' Motion to Compel the Production of Documents and Responses to Discovery Requests Filed by Yucaipa American Alliance (Parallel) Fund I, L.P. |
| 144 | 08/22/16 | [SEALED] Reply Brief in Support of the Yucaipa Defendants' Motion to Compel the Production of Documents and Responses to Discovery Requests Filed by Yucaipa American Alliance (Parallel) Fund I, L.P. |
| 150 | 08/29/16 | [SEALED] Memorandum of Law/The Yucaipa Defendants' Opposition to Black Diamond & Spectrum's Cross-Motion to Strike Affirmative Defenses by Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P. |
| 152 | 08/29/16 | [SEALED] Declaration of Kahn Scolnick in Support of Yucaipa Defendants' Opposition to Black Diamond & Spectrum's Cross-Motion to Strike Affirmative |

| | | |
|---|---|---|
| | | Defenses Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 158 | 09/08/16 | Reply Black Diamond and Spectrum's Memorandum of Law in Support of Their Cross-Motion to Strike Certain Affirmative Defenses Filed by BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Spectrum Investment Partners, L.P. |
| 192 | 01/11/17 | Transcript regarding Hearing Held 1/9/17 RE: Oral Argument. |
| 194 | 01/18/17 | Order DENYING the Motion to Compel the Production of Documents and Responses to Discovery Requests and GRANTING the Motion to Strike Certain Affirmative Defenses. |
| 196 | 02/01/17 | Notice of Interlocutory Appeal. Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak's Notice of Appeal. Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomcak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I., L.P., Yucaipa American Alliance Fund I, L.P. |
| 197 | 02/01/17 | Motion for Leave – Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, Joseph Tomczak's Motion for Leave to Appeal Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 198 | 02/01/17 | Brief – Appellants-Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, Ira Tochner, and Joseph Tomczak's Memorandum of Law in Support of Motion for Leave to Appeal Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa |

| | | |
|---|---|---|
| | | American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 202 | 02/15/17 | Memorandum of Law/Appellees-Plaintiffs Black Diamond and Spectrum's Memorandum of Law in Opposition to Yucaipa's Motion for Leave to Appeal Filed by BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, Spectrum Commercial Finance LLC, as Co-Administrative Agent, Spectrum Investment Partners, L.P. |
| 211 | 06/27/17 | (COPY OF ORDER FROM DISTRICT COURT) Memorandum Order. (17-40). |

DOCS_LA:339861.1 96991/001