IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ASHINC CORPORATION, *et al.*, | : | Chapter 11 |
| | : | Bankr. No. 12-11564-CSS |
| Debtors. | : | (Jointly Administered) |

| | | |
|---|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, | : : : : : : : : | Adv. No. 13-50530-CSS |
| Plaintiff, | : : | |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | : : : : | |
| Intervenors, | : : | |
| v. | : : | |
| YUCAIPA AMERICAN ALLIANCE FUND L.P., AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., | : : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as | : : : : : : | Adv. No. 14-50971-CSS |

co-administrative agent, and SPECTRUM :
COMMERCIAL FINANCE LLC, as :
co-administrative agent, :
: Civ. No. 21-1060-CFC
    Plaintiff, :
:
  v. :
:
YUCAIPA AMERICAN ALLIANCE FUND :
I, L.P., and YUCAIPA AMERICAN :
ALLIANCE (PARALLEL) FUND I, L.P., :
:
    Defendants. :

## **ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Based on the Bankruptcy Court's own prior determination, and the parties' agreement, the Court DOES NOT ADOPT any holding in the Opinion or Order that Lender Claim 2 (i) "is a core proceeding, pursuant to 28 U.S.C. § 157(b)" or a claim for which "this [Bankruptcy] Court has the judicial power to enter a final order."

2. Yucaipa's remaining 9033 Objections with respect to Lender Claim 2 are OVERRULED and the remaining proposed findings of fact and the conclusions of law set forth in the Opinion in support of the Bankruptcy Court's grant of summary judgment in favor of the Trustee and against Yucaipa with respect to

2

Lender Claim 2 are ADOPTED.

>Entered this Eleventh day of July 2022.
>
>_____
>UNITED STATES DISTRICT JUDGE

3