# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC CORPORATION, *et al.*, | Bankr. No. 12-11564 (MFW) |
| Debtors. | (Jointly Administered) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, | Adv. No. 13-50530 (MFW) |
| Plaintiff, | |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | |
| Intervenors, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., | |
| Defendants. | |

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>                   Plaintiff,<br><br>                   v.<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>                   Defendants. | Adv. Proc. No. 14-50971 (MFW)<br><br><br><br>Civ. No. 21-1060-CFC |

## NOTICE OF APPEAL

Defendants-Appellants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively "Yucaipa" or "Defendants-Appellants"), through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Third Circuit under 28 U.S.C. §§ 157(c)(1) and 1291 from so much of the order [D.I. 6] (the "Order") and Memorandum Opinion [D.I. 5] (the "Opinion"),[1] each entered in the above-captioned case (the "District Court Proceeding") on July 11, 2022, as overruled Defendants-Appellants' Federal Rule of Bankruptcy Procedure 9033 objections to the opinion [Adv. Proc. No. 13-50530, Adv. D.I. 825; Adv. Proc. No. 14-50971, D.I. 563] and order [Adv. Proc. No. 13-50530, Adv. D.I. 826; Adv. Proc. No. 14-50971, D.I. 564] of the United States Bankruptcy Court for the District of Delaware

---

[1] A copy of the Order is attached to this Notice of Appeal as **Exhibit A**. A copy of the Opinion is attached to this Notice of Appeal as **Exhibit B**.

2

dated May 4, 2021 in two adversary proceedings, the so-called "Estate Action" (Adv. Proc. No. 13-50530) and the so-called "Lender Action" (Adv. Proc. No. 14-50971) (together, the "Adversary Proceedings").

Yucaipa is filing this Notice of Appeal to preserve its right to appellate review of the Order. Yucaipa has expressly withheld consent to entry of final judgments by the Bankruptcy Court in the Adversary Proceedings,[2] and, earlier, Yucaipa separately appealed the Bankruptcy Court's ruling and order on cross motions for summary judgment by Defendants and the Plaintiff, which appeals are currently pending in the District Court, but stayed to allow mediation.[3]  Yucaipa therefore reserves the right to seek such stay of this appeal as may be appropriate.

Dated: August 4, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Fax: (302) 652-4400
Email: ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          pkeane@pszjlaw.com

-and-

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
Patricia L. Glaser (admitted pro hac vice)
Gali Grant (admitted pro hac vice)
Matthew P. Bernstein (admitted pro hac vice)
10250 Constellation Blvd.
19th Floor

---

[2] *See, e.g.*, Estate Action, D.I. 416, 429, 696, 891; Lender Action, D.I. 19, 453, 626.
[3] *See* 21-cv-994 (CFC) and 21-cv-995 (CFC) (D. Del.).

                                        Los Angeles, CA 90067
                                        Telephone: (310) 553-3000
                                        Fax: (310) 556-2920
                                        Email: pglaser@glaserweil.com
                                                            ggrant@glaserweil.com
                                                            mbernstein@glaserweil.com

                                        Counsel for Yucaipa

## **CERTIFICATE OF SERVICE**

      I, Peter J. Keane, hereby certify that on the 4th day of August, 2022 I caused a copy of the *Notice of Appeal* filed by Defendants-Appellants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. to be served by the Court's CM/ECF system on all counsel of record.

Dated: August 4, 2022                                */s/ Peter J. Keane*
                                                                                     Peter J. Keane (DE Bar No. 5503)

# **EXHIBIT A**

# **EXHIBIT B**

DOCS_DE:239885.2 96991/001